**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 3/27/07

**FILED**
APR 0 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Nancy Mayer-Whittington**
**Clerk of the Court**

Address of Other Court: Keith Throckmorton
800 Estes Kefauver Federal Bldg & U.S. Courthouse
801 Broadway
Nashville, TN. 37203-3816

RE: 07-107M DOBLADO LUIS RAUDALES JMF

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   | Docket Sheet |   | Warrant of Removal |
|---|---|---|---|
| X | Warrant/Petition for Warrant |   | Order of Removal |
|   | Minute Order Appointing Counsel | X | Detention Order |
|   | Corporate Surety Bond | X | Waiver of Removal |
|   | Personal Surety Bond |   |   |
| x | Other- Blotter dated 3/27/07 |   |   |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

**RECEIVED**
**IN CLERK'S OFFICE**
MAR 3 0 2007
U.S. DISTRICT COURT
MID. DIST. TENN.